UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIA HELENA ARANGO,<br>   Plaintiff,<br>vs.<br><br>LAUREN WARSING<br>JOHN WARSING<br>   Defendants | ) Case No.: 07-22544-CIV-SEITZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S STATUS REPORT

**NOW COMES** the Plaintiff, through the undersigned, and files the above-described Status Report as follows:

1. Both of the above-captioned Defendants have filed for bankruptcy. According to defense counsel Steve Bimston, Esq., both Defendants John and Lauren Warsing received bankruptcy discharges.

2. Plaintiff's counsel previously filed a Proof of Claim with the Bankruptcy Court.

3. Based on the aforesaid, Plaintiff requests the Court DISMISS THIS ACTION as it does not appear Plaintiff can further prosecute the matter due to the discharges.

4. The undersigned and defense counsel have conferred but are unable to agree on the language of the Status Report. Therefore, defense counsel indicated he will file a separate report including further details and documentation from the bankruptcy court case.

**RESPECTFULLY SUBMITTED,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFFS**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: KRL_KELLY@YAHOO.COM**
**F.B.N. 0123870**
**BY:____/S/ K. DAVID KELLY_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE:**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED SUBSEQUENT TO E-FILING TO:**

**EDUARDO I. RASCO, ESQ.**
**ROSENTHAL ROSENTHAL RASCO**
**TURNBERRY PLAZA**
**2875 NE 191ST STREET**
**SUITE 500**
**AVENTURA, FL 33180**
**FAX: 305-937-1311**

**BY:____/S/ K. DAVID KELLY_____**
**K. DAVID KELLY, ESQ.**